UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
UNITED STATES OF AMERICA        :
                               :
v.                             :   CRIM. NO. 3:00CR00158(AWT)
                               :   CIV. NO. 3:04cv02031(AWT)
MIGUEL GUERRERO-CEDENO          :
a.k.a. MIGUEL MACHUCA           :
                               :
-------------------------------x
```

**ORDER TO SHOW CAUSE**

Upon the motion of Miguel Machuca pursuant to 28 U.S.C. § 2255 (Doc. No. 82), it is hereby:

ORDERED that respondent file a response to the motion on or before January 11, 2005, as to why the relief prayed for in the motion should not be granted; and

ORDERED that service of this ORDER, together with a copy of the motion and all supporting memoranda, be made by the United States Marshal's Service on Respondent's representative, Gordon Hall, Assistant United States Attorney, Connecticut Financial Center, 157 Church Street, 23rd Floor, New Haven Connecticut, 06510, and that service by certified mail of this Order, together with a copy of the motion and all supporting memoranda, be made by the United States Marshal's Service on John Ashcroft, Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, on or before December 21, 2004, and that such service shall be deemed sufficient.

Dated this 8th day of December 2004, at Hartford, Connecticut.

                                                             /s/
                                         Alvin W. Thompson
                              United States District Judge