IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Respondent,<br>v.<br>MIGUEL MACHUCA,<br>                Petitioner. | 3:00CR00158(AWT)<br>Civil Action 3:04 Cv 2031(AWT) |

## MOTION FOR INCLUSION OF ADDITIONAL CASES

**Comes Now,** Petitioner, acting Pro Se, and respectfully moves for permission to include additional cases, specifically the Second Circuit decisions in <u>United States v. Crosby</u>, 397 F.3d 103 (2nd Cir. 2005); <u>United States v. Gonzalez</u>, 420 F.3d 111 (2nd Cir. 2005); and <u>United States v. Cordova-Murgas</u>, 422 F.3d 65 (2nd Cir. 2005); for consideration in the above styled pending Civil Action and as support for such, avers as follows:

    1.   The Petitioner is acting Pro Se and is currently incarcerated at F.C.I. Elkton, P.O. Box 10, Lisbon, Ohio 44432.

    2.   Petitioner filed an Initial Brief and a Reply Brief under 28 U.S.C. §2255. The only topic of the brief was the illegal judicial decision made during sentencing without the imput of a jury, specifically the judicial determination that Machuca's sentence should have been enhanced under U.S.S.G. §3B1.1. Machuca was sentenced in the District of Connecticut under the Federal Sentencing Guidelines.

    3.   In that Brief the violation of **Blakely v. Washington**, 124 S.Ct. 2531 (2004), the case that originally brought the implementation of the Federal Sentencing Guidelines into question, was extensively discussed. **See Petitioner's Brief at p.1.**

1

4. The Second Circuit decisions in **Crosby**, supra; **Gonzalez**, supra; and **Cordova-Murgas**, supra. are connected to **Blakely** with respect to the court jurisdictional authority and the defendant's Sixth Amendment Constitutional Rights. In addition, these cases derived from the clarified holding in **Booker**, of **Apprendi v. New Jersey**, 530 U.S. 466 (2000), and **United States v. Thomas**, 274 F.3d 655 (2nd Cir. 2001), and were not included and argued in the Brief given they were not decided. Therefore, these cases sought in this motion to be included (**Crosby, Gonzalez, Cordova-Murgas**), should be included due to being connected to **Blakely**, **Apprendi**, and **Thomas**.

5. Currently, the motion under 28 U.S.C. §2255 still pending in this Honorable court. No decisions have been made regarding Petitioner's motion.

6. Since filing the Brief, The Second circuit decided and wrote the opinion in these cases (**Crosby, Gonzalez, and Cordova-Murgas**). In these cases the Second Circuit stated that:

> "[t]he absence of an indictment is a jurisdictional defect which deprives the court of its power to act. Such a jurisdictional defect cannot be waived by a defendant, even by a plea of guilty." Id.

See **Cordova-Murgas**, p. 66.

> "If a fact supports a specific sentence within the sentencing range authorized by the jury verdict, it can constitutionally be treated as a sentencing factor, but if the fact would expose defendant to a greater punishment than that authorized by the jury's guilty verdict, it must be deemed an offense element submitted to the jury."

See **Gonzalez** at p. 112.

> "A sentencing judge violate the Sixth Amendment by making factual findings and mandatorily enhancing a sentence above the range applicable to facts found by the jury or admitted by a defendant."

See **Crosby** at p. 104.

2

7. Petitioner therefore respectfully requests that this court consider the Second Circuit holding in **Gonzalez**, **Crosby**, and **Cordova-Murgas**, when considering his Motion Under 28 U.S.C. §2255.

8. It is the interest of justice to permit inclusion of these cases for consideration of the petition as it is new law applicable to an issue currently pending before this court.

9. WHEREFORE, numerous supporting reasons have ben given for inclusion of these additional cases. It is imperative to permit inclusion of the new authorities to prevent a miscarriage of justice.

Respectfully Submitted this 3rd day of December, 2005.

*Miguel Machuca*
MIGUEL MACHUCA
Reg. No. 13924-014
F.C.I. Elkton
P.O. Box 10
Lisbon, OH 44432

## CERTIFICATE OF SERVICE

I, Miguel Machuca, Petitioner, pro se, swear under the penalty of perjury pursuant to 28 U.S.C. §1746, that I have forwarded the original and two (2) copies of Petitioner motion for inclusion of new authorities, to the Clerk of the Court and an additional copy have been served to the opposing party. Each forwarded to the following addresses:

UNITED STATES DISTRICT COURT
Office of the Clerk
450 Main Street
Hartford, CT 06103

H. Gordon Hall, Esq.
U.S. Attorney's Office
157 Church St.
New Haven, CT 06510

*Miguel Machuca* (signature)
MIGUEL MACHUCA
No. 13924-014
F.C.I. Elkton
P.O. Box 10
Lisbon, OH 44432

Dated: December 3, 2005
Lisbon, Ohio