**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
       Respondent,             :
                               :
   v.                          :   Crim. No. 3:00CR00158(AWT)
                               :   Civil No. 3:04CV02031(AWT)
MIGUEL GUERRERO-CEDENO         :
a/k/a MIGUEL A. MACHUCA,       :
                               :
       Petitioner.             :
                               :
-------------------------------x
```

**ORDER RE AMENDMENT TO PETITION**

In the movant's reply memorandum (Doc. No. 87), he requests permission to add two claims for relief in view of the fact that although he had been seeking certain documentation from his former counsel, he only received that documentation when he received the government's opposition to his section 2255 motion. The court is granting the movant's request for leave to amend his section 2255 motion to include the two additional claims for relief.

The government shall file a supplemental memorandum in opposition to the movant's section 2255 motion by no later than December 29, 2006. The movant shall file any reply memorandum by no later than 30 days after the date the government files its supplemental memorandum in opposition.

It is so ordered.

Dated this 20th day of November 2006 at Hartford, Connecticut.

                                            /s/AWT
                                    Alvin W. Thompson
                              United States District Judge