UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. |
| vs. | 3:00cr158 (AWT) |
| MIGUEL GUERRERO-CEDENO | March 10, 2008 |

**MOTION OF DEFENDANT MIGUEL GUERRERO-CEDENO
TO RE-APPOINT COUNSEL RE: REDUCTION OF
SENTENCE CRACK COCAINE OFFENSE 18 U.S.C. §3582**

Defendant Miguel Guerrero-Cedeno in the above-captioned criminal matter, through counsel, respectfully moves the Court hereby to re-appoint undersigned counsel to represent him at this time for purposes of defendant's pending motion to reduce his sentence pursuant to 18 U.S.C. §3582. In making this motion, defendant asserts that undersigned counsel represented defendant at the time of his original sentencing and is in the best position to represent at this new stage in his case. Defendant has been incarcerated since the time of his sentencing and is otherwise without funds to pay for the services of counsel for this important motion.

WHEREFORE, defendant respectfully moves this Court to re-appoint undersigned counsel to represent defendant in his pursuit of relief and reduction of his sentence pursuant to 18 U.S.C. §3582 and in light of Amendment 706 to the United States Sentencing Guidelines. Defendant respectfully moves that his motion be granted.

        THE DEFENDANT
        MIGUEL GUERRERO-CEDENO


By _____
    William M. Bloss
    Federal Bar No. ct01008
    Koskoff Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, CT 06604
    TEL:  203-336-4421
    FAX:  203-368-3244
    Email: bbloss@koskoff.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 10th day of March, 2008, to all counsel and pro se parties of record, as follows:

H. Gordon Hall  
Assistant United States Attorney  
157 Church Street  
New Haven, CT 06510

U.S. Probation Officer Bunita B. Keyes  
U.S. Probation Office  
450 Main Street  
Hartford, CT 06103

                                                                        _____  
                                                                         William M. Bloss