UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. |
| ) | |
| vs. ) | 3:00cr158 (AWT) |
| ) | |
| MIGUEL GUERRERO-CEDENO ) | March 10, 2008 |
| ) | |

### MOTION OF DEFENDANT MIGUEL GUERRERO-CEDENO
### RE: REDUCTION OF SENTENCE
### CRACK COCAINE OFFENSE 18 U.S.C. §3582

Defendant Miguel Guerrero-Cedeno in the above-captioned criminal matter, through counsel, respectfully moves the Court hereby to reduce the sentence imposed upon him by the Court, pursuant to 18 U.S.C. §3582 and the recent amendments to the sentencing guidelines governing crack cocaine offenses. In this regard, defendant cites the notice filed by the government in this case dated March 4, 2008. The undersigned has not received an addendum by the United States Probation Office at this time.

In its Notice, the government concludes that this Court should exercise its discretion and reduce the sentence imposed in defendant's case by thirty-three months, to 135 months in prison.

WHEREFORE, in light of the foregoing, the Notice of the government, defendant respectfully moves this court to grant this motion to reduce defendant's sentence pursuant to

18 U.S.C. §3582 and in light of amendment 706 to the United States Sentencing Guidelines.

Defendant respectfully moves that his motion be granted.

                                              THE DEFENDANT
                                              MIGUEL GUERRERO-CEDENO

                                              By _____
                                              William M. Bloss
                                              Federal Bar No. ct01008
                                              Koskoff Koskoff & Bieder
                                              350 Fairfield Avenue
                                              Bridgeport, CT 06604
                                              TEL:  203-336-4421
                                              FAX:  203-368-3244
                                              Email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 10th day of March, 2008, to all counsel and pro se parties of record, as follows:

H. Gordon Hall
Assistant United States Attorney
157 Church Street
New Haven, CT 06510

U.S. Probation Officer Bunita B. Keyes
U.S. Probation Office
450 Main Street
Hartford, CT 06103

                                                          _____
                                                          William M. Bloss