**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------x
                                   :
UNITED STATES OF AMERICA,          :
                                   :
v.                                 : Crim. No. 3:00cr00158(AWT)
                                   :
MIGUEL GUERRERO-CEDEÑO             :
a/k/a MIGUEL MACHUCA,              :
                                   :
-----------------------------------x
```

**ORDER RE REQUEST FOR STATUS REPORT**

The Clerk shall forward a copy of the attached letter, together with the Court's Order Regarding Motion for Sentence Reduction (Doc. No. 101), to the defendant at the following address:

> Miguel Guerrero Cedeno
> Reg. # 13924-014
> R-2 P.O. Box 1560
> Pecos, Texas 79772

It is so ordered.

Dated this 20th day of August 2008 at Hartford, Connecticut.

```
                        _____
                               /s/AWT
                          Alvin W. Thompson
                       United States District Judge
```